UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY LIETURE MOORE,
a/k/a ROYAL SOVEREIGN KING YAHWEH,

     Plaintiff,

v.                                      Case No. 3:19cv294-LC-CJK

JULIE L. JONES, et al.,

     Defendants.

_____/

<u>ORDER</u>

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 29, 2019. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Moore's motion to proceed *in forma pauperis* (doc. 2) is **DENIED**.

3.     This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

4.     The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of February, 2019.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**